United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA TERESA STOLL, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 7:24-cv-00018 |
| AMERIHOME MORTGAGE COMPANY, LLC, | § § § § | |
| *Defendant.* | § § | |

### AGREED FINAL JUDGMENT

Pending before the Court is AmeriHome Mortgage Company, LLC's ("AmeriHome") and Plaintiff Maria Teresa Stoll's Agreed Motion to Enter Final Judgment. After considering the Motion, and the pleadings on file, the Court finds that the Motion has merit.

It is ORDERED that all of Plaintiff's claims against AmeriHome are dismissed with prejudice.

IT IS ORDERED THAT AmeriHome Mortgage Company, LLC, is authorized to proceed with a non-judicial foreclosure sale in accordance with the security agreement, Tex. Const. art. XVI, § 50(a)(6), and the Texas Property Code on the property with a commonly known mailing address of 2505 Sandpiper Ave., McAllen, Texas 78504 ("Property") and legal description as described in the Real Property Records of HIDALGO COUNTY, Texas as follows

> Lot 54, PARKWOOD MANOR SUBDIVISION, PHASE I, II AND III, an addition to the City of McAllen, Hidalgo County, Texas, as per Re-Subdivision map or plat thereof recorded in Volume 23, Page 102B, Map Records, Hidalgo County, Texas.

The name and last known address of each borrower subject to this judgment is: Maria Teresa Stoll, 2505 Sandpiper Ave., McAllen, Texas 78504.

IT IS ORDERED that AmeriHome will not sell the Property at foreclosure earlier than the first Tuesday of April, 2025.

IT IS ORDERED AND DECREED that AmeriHome Mortgage Company, LLC, and/or its successors and assigns is entitled to proceed with a non-judicial foreclosure sale under the terms of the Security Instrument, TEX. PROP. CODE § 51.002, and applicable law with respect to the secured Property made the subject of this proceeding.

IT IS FURTHER ORDERED this judgment serves as an order authorizing Defendant to judicially foreclose its lien in compliance with Texas Constitution art. XVI § 50(a)(6), the Loan Agreement and TEX. PROP. CODE § 51.002.

IT IS FURTHER ORDERED that no personal liability or deficiency for the Loan Agreement debt shall be asserted against Stoll.

IT IS ORDERED that AmeriHome Mortgage Company, LLC recover the amount owed under the Loan Agreement with a foreclosure of the Loan Agreement against the Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Maria Teresa Stoll shall bear the costs, expenses, and attorney's fees as allowed by the Texas Home Equity Security Instrument.

This judgment finally disposes of all claims and all parties and is appealable. SIGNED this the 5th day of February, 2025.

*Ricardo H. Hinojosa*
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE